CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, I caused a copy of the foregoing ANSWER AND JURY DEMAND OF DEFENDANT MERCK & CO., INC., and NOTICE OF REMOVAL OF DEFENDANT MERCK & CO., INC., to be served via first-class mail, postage prepaid, on the following:

LAW OFFICES OF FREDRIC S. MASURE
Fredric S. Masure, Esq.
1352 Pennsylvania Avenue
Brooklyn, New York 11239

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on August 21, 2007

_____
Sarah A. Binder

60010380_1.DOC