A CERTIFIED TRUE COPY
SEP 25 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2007 OCT 11  AM 9:28
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
SEP -7 2007
FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1657

*IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-114)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,343 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
SEP 25 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
OCT 11 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## SCHEDULE CTO-114 - TAG-ALONG ACTIONS
### MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 07-807 | Dennis R. Denny v. Merck & Co., Inc. | 07-6669 |
| **MINNESOTA** | | |
| MN 0 07-3773 | Barbara L. Abbott, et al. v. Merck & Co., Inc., et al. | 07-6670 |
| MN 0 07-3774 | Barbara M. Tytka, et al. v. Merck & Co., Inc., et al. | 07-6671 |
| **NEW YORK EASTERN** | | |
| NYE 1 07-3447 | Joseph Jordan v. Merck & Co., Inc. | 07-6672 |
| NYE 1 07-3449 | Bernice Faison v. Merck & Co., Inc. | 07-6673 |
| NYE 1 07-3450 | Sarah Collins v. Merck & Co., Inc. | 07-6674 |
| NYE 1 07-3452 | Lesis Bradley v. Merck & Co., Inc. | 07-6675 |
| NYE 1 07-3453 | Connie Nelson v. Merck & Co., Inc. | 07-6676 |
| NYE 1 07-3456 | Vilma D. Maitland v. Merck & Co., Inc. | 07-6677 |
| NYE 1 07-3457 | Lena Vitale v. Merck & Co., Inc. | 07-6678 |
| NYE 1 07-3458 | Lydia Ortiz v. Merck & Co., Inc. | 07-6679 |
| NYE 1 07-3459 | Maria Sanchez v. Merck & Co., Inc. | 07-6680 |
| NYE 1 07-3460 | Annette Bisbal v. Merck & Co., Inc. | 07-6681 |
| NYE 1 07-3461 | Yacob Shuster, et al. v. Merck & Co., Inc., et al. | 07-6682 |
| NYE 1 07-3463 | Jose Rodriguez v. Merck & Co., Inc. | 07-6683 |
| NYE 1 07-3464 | Nachum Lis v. Merck & Co., Inc. | 07-6684 |
| NYE 1 07-3466 | Harold Lopez v. Merck & Co., Inc. | 07-6685 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-7415 | Jorge Casanova v. Merck & Co., Inc. | 07-6686 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 07-3430 | Joan H. Koehler, etc. v. Merck & Co., Inc. | 07-6687 |
| PAE 2 07-3488 | Ronald Ball, et al. v. Merck & Co., Inc., et al. | 07-6688 |
| **SOUTH CAROLINA** | | |
| SC 9 07-2945 | Able Doe, et al. v. Merck & Co., Inc. | 07-6689 |
| **TEXAS NORTHERN** | | |
| TXN 3 07-1430 | Helen Choice v. Merck & Co., Inc. | 07-6690 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 3 06-749 | Kathy A. Vanhoose, etc. v. Merck & Co., Inc. | 07-6691 |

